UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
LUIS TORO,
                              Plaintiff,

                              23 Civ. 1903 (LGS)
-against-
                              ORDER
KAENON, LLC,
                              Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Civil Case Management Plan and Scheduling Order dated April 24, 2023, required the parties to file a joint status letter, as outlined in the Court's Individual Rule IV.A.2, by July 4, 2023.  Because July 4, 2023, was Independence Day, the clerk's office was closed.  Pursuant to Fed. R. Civ. P. 6(a)(3), if the clerk's office is inaccessible on the day a filing is due, "then the time for filing is extended to the first accessible day that is not a Saturday, Sunday, or legal holiday."  The parties' joint status letter was therefore due on July 5, 2023.

WHEREAS, the parties have not filed the joint status letter, as required by the April 24, 2023, Order.  It is hereby

**ORDERED** that the parties shall file their joint status letter by **July 12, 2023**.

Dated: July 7, 2023
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**